UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mj-8490-RMM

UNITED STATES OF AMERICA

v.

AMOS PATTERSON

Defendant.
_____/

FILED BY ___SP___ D.C.

Sep 27, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ___ Yes  ✓ No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: *Shannon O'Shea Darsch*

SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    68566
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:      (561) 820-8777
Email:    shannon.darsch@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Amos Patterson<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  23-mj-8490-RMM<br>)<br>)<br>) |

FILED BY ___SP___ D.C.
**Sep 27, 2023**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 3, 2022__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm and ammunition by a convicted felon |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Thaddeus Covaleski, ATF
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1.

Date: 9/27/23

_____
*Judge's signature*

City and state: West Palm Beach, FL        Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Thaddeus Covaleski, first being duly sworn, do hereby depose and state as follows:

### Introduction

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since July of 2022. I am currently assigned to the West Palm Beach Field Office in the Miami Field Division. I attended the Federal Law Enforcement Training Center where I completed both the Criminal Investigator Training Program and ATF Special Agent Basic Training. My responsibilities as a Special Agent include, among other things, conducting investigations into criminal violations of federal law, including violations of Title 18, United States Code. I am thus a "federal law enforcement officer" as defined by Fed. R. Crim. P. 41(a)(2)(C). As a Special Agent with ATF, I have participated in investigations into a variety of federal crimes, including but not limited to violations of federal firearms laws. Prior to my employment with ATF, I was a Special Agent with the Supreme Court of the United States Police, assigned to protecting Associate Supreme Court Justice Elena Kagan.

2. I make this Affidavit in support of a criminal complaint charging **AMOS PATTERSON** with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

3. I submit this Affidavit based on my personal knowledge and information provided to me from other law enforcement officials. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not purport to include all the details of the investigation of which I am aware.

## PROBABLE CAUSE

4.   On December 3, 2022, Palm Beach County Sheriff's Office (PBSO) was dispatched to Blue Boar Tavern 1306 North Military Trail, West Palm Beach, Florida, 33409, in reference to suspicious persons in the parking lot with firearms. Upon arrival, PBSO parked on the north side of the parking lot and approached on foot. During this time, an officer could hear several individuals yelling, "Troll, Troll." The large crowd of individuals then scattered and approximately ten (10) vehicles exited the parking lot.

5.   Subsequently, the officer noticed a small group of approximately five (5) males walk away from a dark colored Jeep. As the officer approached the vehicle, he shined his flashlight inside the vehicle. While looking inside the passenger rear window, the officer observed a pink and black pistol on the floorboard behind the driver seat. An individual later identified as Algernon Whyms questioned the officer on why he was shining a flashlight into his vehicle. Whyms stated, "You are not going to find anything in my car, I'm a working man." Whyms further indicated that his girlfriend had rented the jeep, but he was currently driving it. He proved this by locking the doors with the keys in his hand. The officer informed Whyms that he could see a pink and black pistol on the back floorboard. Whyms stated that it was not his and that one of the guys he gave a ride to opened his rear door, placed something inside the vehicle, and walked to the arcade when he heard the police were showing up. That person was later identified as Amos PATTERSON.

6.   Whyms thereafter provided his consent to search the vehicle. Upon searching the vehicle, the officer located a loaded pink handle and black slide SCCY Industries, model CPX-1, 9mm pistol. The officer located an unknown number of live rounds in the magazine and one live round in the chamber. The officer asked Whyms and PATTERSON if they would provide their

DNA to eliminate them from constructive possession of the firearm. Whyms consented to providing his DNA to determine his possession of the firearm, while PATTERSON refused.

7. A DNA Search Warrant signed by Fifteenth Judicial Circuit Judge Caracuzzo was executed to collect PATTERSON's DNA. BODE Technology produced a report with the following results based on their analyses of DNA recovered from the SCCY CPX-1 pistol with PATTERSON's known DNA standard obtained via search warrant:

   a.) The DNA profile obtained from the swabs from the trigger/guard of the pistol were approximately 6.7 billion times more likely to be observed if it originated from Amos E. PATTERSON and one unknown person than if it originated from two unknown persons. This statistical result provides very strong support for inclusion.

   b.) The DNA profile obtained from the frame/slide of the pistol were approximately 32 times more likely to be observed if it originated from Amos E PATTERSON and one unknown, unrelated individual than if from two unknown, unrelated individuals. This statistical result provides limited support for inclusion.

   c.) Algernon Whyms was excluded as a possible contributor for both the DNA swabbed from the trigger/guard, and the frame/slide.

8. A query of the judgments recovered from the Comprehensive Case Information System ("CCIS") confirm that prior to December 3, 2022, PATTERSON was convicted of the following felony offenses, which were punishable by a term of imprisonment for a term exceeding one year:

      a.)      502018CF005387AXXXMB, felon in possession of a firearm or ammunition (Actual Possession), Second degree felony, possession of cocaine with intent to sell, first degree felony, escape from custody, second degree felony.

9. ATF Special Agent (SA) Vincent Rubbo, an expert witness in the interstate commerce nexus of firearms and ammunition, examined the aforementioned firearm and ammunition recovered on December 3, 2022. SA Rubbo advised your affiant that based on his training and experience, as well as the results from ATF Trace # T20220594001, the SCCY Industries, CPX-1, 9mm pistol was previously shipped, transported, or received outside of the state of Florida and then recovered in the state of Florida, and therefore the firearm travelled in and affected interstate commerce prior to its possession by PATTERSON. In addition, SA Rubbo advised your affiant that the ten (10) rounds of Federal Ammunition 9mm Luger Ammunition was manufactured outside of the state of Florida, and therefore the recovered ammunition travelled in and affected interstate and/or foreign commerce.

## CONCLUSION

10. On the basis of the foregoing, your affiant respectfully submits that probable cause exists to charge defendant **Amos PATTERSON** with Possession of a Firearm and Ammunition by a Convicted Felon, in violation of Title 18, United States Code, Sections 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Thaddeus [signature]*
Special Agent Thaddeus Covaleski
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and Attested to me by Applicant by Telephone (FaceTime) per the requirements of Fed. R. Crim. P.4(d) and 4.1 on ___ day of September 2023.

_____
HON. RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Amos Patterson

**Case No:** _____

Count #:

Felon in Possession of a Firearm

18 U.S.C. § 922(g)(1)

* **Max. Term of Imprisonment:** 15 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.